# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LONNIE LAND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAZ, Secretary,<br><br>　　　　Respondent. | No. ED CV 18-2680-SJO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

Date: 10/10/19

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　United States District Judge