# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LONNIE LAND,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>RALPH DIAZ, Secretary,<br><br>　　　Respondent. | No. ED CV 18-2680-SJO (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed, and this action dismissed with prejudice.

Date: 10/10/19

_____
S. JAMES OTERO
United States District Judge